UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.V.B.,

Petitioner,

-v-

KENNETH GENALO et al.,

Respondents.

26-CV-6573 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 31, 2026, Petitioner filed a motion seeking to proceed under the pseudonym "J.V.B." *See* ECF No. 3. The motion is GRANTED temporarily. Respondents — and any non-party who seeks, and is granted, leave to intervene for purposes of being heard on the issue — shall file any opposition to the motion **within two weeks of Respondents' entering a notice of appearance**; any reply shall be filed within **one week of any opposition**. In the meantime, the Court reserves judgment on whether to grant the motion on a more permanent basis.

To ensure that the Court has no conflicts that would require recusal, Petitioner shall promptly file, **under seal**, a declaration disclosing his identity to the Court. To ensure that his name does not appear on the public docket, Plaintiff's counsel should ensure that the declaration is titled "**Declaration of J.V.B.**"

The Clerk of Court is directed to terminate ECF No. 3.

SO ORDERED.

Dated: August 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge