UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
J.V.B.,                                                                 :
                                                                        :
                                          Petitioner,                   :
                                                                        :            26-CV-6573 (JMF)
            -v-                                                          :
                                                                        :                ORDER
KENNETH GENALO et al.,                                                  :
                                                                        :
                                          Respondents.                  :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during the teleconference held earlier today:

- On consent of the parties, the writ of habeas corpus is GRANTED and, **no sooner than seven days and no later than fourteen days from the date of this Order,** the immigration court is ORDERED to hold an individualized bond hearing at which the burden is on the Government to show, by clear and convincing evidence, the need for Petitioner's continued detention and the Immigration Judge is required to consider his ability to pay and alternative means of assuring his appearance. **No later than August 19, 2026**, Respondents shall file a letter with the Court certifying that Petitioner has received such a bond hearing and the results of the hearing.

- The Court reserves judgment on whether Petitioner is entitled to immediate release. Petitioner shall file any brief in support of his position that that is the appropriate form of relief **no later than August 7, 2026**. Respondents should file any opposition **no later than August 13, 2026.** Petitioner shall file any reply **no later than August 17, 2026**.

        SO ORDERED.

Dated: August 5, 2026
        New York, New York                                    _____
                                                                       JESSE M. FURMAN
                                                              United States District Judge