**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 15, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *J.V.B. v. Genalo*, No. 26 Civ. 6573 (JMF)

Dear Judge Furman:

This Office represents the Government in the above-referenced immigration habeas corpus action. I write respectfully to request that the Court strike or place under seal the Declaration of Supervisory Detention and Deportation Officer Kim Haynes, which the Government filed on August 13, 2026 (ECF No. 13). That declaration contains Petitioner's A-number at paragraph three. While I had instructed ICE to remove the A-number from the declaration before it was executed, given that Petitioner is proceeding by initials, I did not realize that the final version of the declaration that I filed still contained the A-number. Immediately following this letter is a copy of the declaration with the A-number redacted.

I apologize to the Court and Petitioner for this error, and I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Brandon M. Waterman
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

Application GRANTED. The Clerk of Court is directed to strike the declaration filed at ECF No. 13.

SO ORDERED.

August 18, 2026

cc: Counsel of Record (by ECF)