UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

J.V.B.,

Petitioner,

-v-

KENNETH GENALO et al.,

Respondents.

---------------------------------------------------------------------X

26-CV-6573 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 17, 2026, Petitioner J.V.B. filed a reply brief, ECF No. 18, notifying the Court that, pursuant to the Court's August 5, 2026 Order, ECF No. 11, a bond hearing was held before an Immigration Judge, who ordered Petitioner's release under bond, and that Petitioner has since paid the bond and been released from detention. In light of that update, the Court finds that the pending motion for Petitioner's immediate release must be and is DISMISSED as moot. All deadlines and conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge