**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 15, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *J.V.B. v. Genalo*, No. 26 Civ. 6573 (JMF)

Dear Judge Furman:

This Office represents the Government in the above-referenced immigration habeas corpus action. The Government's deadline to file its response to Petitioner's brief was August 13, 2026. ECF No. 11. While I timely filed an agency declaration (ECF No. 13) on August 13, I regretfully filed the Government's brief with exhibits (ECF No. 14) at 12:27 a.m. on August 14, *i.e.*, 28 minutes late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's brief (ECF No. 14) is deemed timely filed. Petitioner's counsel consents to this request. The filing was delayed due to an unexpected issue with generating the table of authorities in Word, which ultimately required that I manually compile the table of authorities, which added roughly thirty minutes to the time needed to finalize the brief before it could be filed.

I apologize to the Court and the petitioner for the short delay in the filing of the government's brief, and I thank the Court for its consideration of this request.

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

August 18, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *<u>/s/ Brandon M. Waterman</u>*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)